RECEIVED SM

MAY 17 2022

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

# Third False Arrest-Complaint

It was a beautiful warm and sunny day on May 24, 2020 to continue taking care of my mothers property as I promised her, where I left off from the past two days and almost a month ago from the rain and cold.
It has been five years from the wrongful death of my mother. My heart grieves for her. This is the only way I can love her now.
At 10a I go out to the garage to pack up my gardening cart with tools and then head out to the front north side of my house to find the pinpoint of my property to begin measuring a straight line for the paver boarder. It is a tedious job for my health, I can only do small amounts at a time.
At 1:08p I finished digging a half an inch deep and 2 1/2 inch wide trench for the pavers. I put boards on the trench and packed up my things and brought them back to the garage with the hopes it won't rain for tomorrow Memorial Day to continued work.
May 25, 2020 10:17a I'm back outside continuing my work outside on the border.
At 10:39a Alonso Castaneda comes out of his house 14119 S. Greenbay ave. stalking me, for it is a long time bad habit of him. He stands at the edge of the grass across from my pinpoint and then leaves never saying a word. I knew trouble was coming for I can't do anything right in his evil mind.
10:53a, a small black car pulls up in front of Alonso's house. Officer Avila His personal friend of his and his wife Yolanda he went to school with, walks over to me and bends down while I was working and sarcastically says "what are you doing?" Surprised, I thought it was Alonso's car pulling up, it looked just like it and I just ignore him. I knew immediately Alonso called him to give me trouble. Officer Avila and the city are responsible for my disability injury and my for mother's death, he never meant he was sorry for my injury. He caused nothing but trouble when I called the police for help for my mother.



1:22-cv-02596
Judge Robert W. Gettleman
Judge Sunil R. Harjani
RANDOM

I told him while I was kneeling down, "the same thing I've done other there," pointing to the finished pavers on the south side of my property several weeks ago. He said, it has to be 2 ft from your property." Shocked, but not surprised I walked over to my pinpoint on my property to show him, and he said it again, " it has to be 2ft from the property line." I said, "where does it say that in the Village ordnance?" He said," I will get it for you, stop what your doing and turn your iPhone down." It wasn't loud compared to the loud music coming from Alonso's house. Reluctantly, I agreed but said to myself, murderers, it was just another evil they are doing to destroy me and my mother's property, for it was a perfect day to take care of her property.
10:55a I begin hauling my tools to the garage and then I take a photo of my work at 11:21a. Officer Avila's car was gone. I went into my house to look for the 2ft ordnance, but only can find the inches requirements for a border and fence. I knew he was lying and abusing his authority to destroy my day and work. About 3p I called the police department for officer Avila and two other times after that, but he was no where to be found. I asked the police department and the Village clerk Chavez and they all said they don't know of such a border 2ft ordinance. Officer Avila never came back with the 2ft border ordnance. Again, he causes me much pain and suffering with his abuse of police powers and my civil rights to live peacefully to take care of my mother's property. I cried myself to sleep that night, saying sorry mom.
May 26, 2020 10a I knew Officer Avila was harassing me again and I decide to go back outside to finish the little I had left.
11:30a A unmarked police car pulls up to Alonso's house and officer Bolin comes over to me and Alonso comes out of his house to officer Bolin and me. Officer Bolin tells Alonso that this is a civil matter not police. Alonso was arguing with him while I continued to do my work. I agreed to myself that Bolin was right it is a civil matter. Alonso who never talked to me in five years began to talk to me. But, Officer Bolin told him to be quiet. I was looking forward to the dialog but that

never was to be. Alonso goes back into his house and Officer Bolin goes to his car and sits there talking on his phone for a while. Then I see a police car pull up and officer Joshua McAllister gets out of his car and meets Officer Bolin and they come over to me on my property. Officer Bolin said to me," put your hands behind your back, your under arrest." I said for what?" He said nothing. Again I'm in shock by their abuse of police power. I believe officer Bolin was talking to officer Avila on his phone in his car and he told him to arrest me. I told officer Bolin I need to lock up my house and garage and get my medicine. He said if I let you in you house you will not come out. I'm thinking "wow" how much criminal minds they have. I said to him, "come in with me." He said, "No!" And officer McAllister and officer Bolin put me into the police car. Again I'm thinking this is the third false arrest by this police department, I have never been arrested in my whole life for any wrong doing. I wished my mother was still here, she would tell them. But, they have a vendetta against us for no reason. I believe my over forty years calling to follow my Lord in the healing ministry, and my mothers faith is much too different for their lifestyle. When they put the cuffs on me, they put it on too tight. I told officer McAllister that they are hurting my wrists. H didn't say anything but when he cuffed me to the police building wall he loosened them My wrists where all red and I was concerned I didn't have my medicine. When the pain gets real bad, I can't breath and I could die. I know that they wish it would happen, but God has the beginning and the end. Two different police officers took my two phones , wrist key chain and clothes pins from my pockets. They said to take off my small diamond necklace. I said my mother gave this to me before she died and that I have never taken it off my neck. They said if I don't give it to them that they will tear it off my neck. I took it off and gave it to them with not much care on their end. And they didn't log it on the inventory paper with the phones. Such evil I was not used to. They put me in a small dirty cell. Several times they took me out and back in the cell for they still had problems with finger-printer like last time I was there. I had a Hibbler attorney phone

appointment coming up at 2p. I asked for my phones to call them. One phone was broken that I had, with information on it to call; the other I used to make the call. They did hesitate in giving it to me when I was in the cell, but they did give them to me and I connected with the attorney who gave me "First Defense" phone number to call them. First Defense told me that they will call the Burnham police department and not to say a word to them.

It was several hours in the cell with no information why they arrested me. My medicine was wearing off and I knew what was going to happen and I got real sick and I began throwing up and coughing real bad. I told them I need my medicine. They had to call an ambulance which came and gave me some water but they didn't have medicine to give me. They were going to take me to the hospital but the police Lieutenant said they will release me on bond and they will give me a ride and I can go home to get my medicine. I agreed but they lied to me about taking me home. They finally let me go but I kept vomiting and coughing. I had to walk home by myself. On the way home there was a nursing home building, I asked an ambulance driver if they would give me a ride home but he said he couldn't. I was devastated. It was three miles to home, I had to stop and vomit and rest many time before I got home. I got home about 6p. I went straight to my open house to get my medication and laid in the bed praying for it to kick in. At 6:34p I brought the front hard tools and wagon into the garage to find out my garage door coil spring to the big alley door was broken. It was working before I was taken to the police station. I knew that Alonso and his brothers would do damage to my property. They've done it before several times. I called the police and told them and they sent two police officers to see the broken door. It cost over $500 to fix the coil cable. I locked the house and fell in the bed until the next day. The stress and persecution experience had taken a severe tool on my health. I could not believe how hateful they are to me, my mother and our property.

I didn't find out until I was released that they arrested me for Criminal Trespass. I have never stepped foot on his property, ever. My security

camera pictures show that and Alonso has a security camera in his front yard pointed toward my property, It will show there was no Criminal Trespass. I was Acquitted and Expunged again.
I hired a professional land surveyor for my property and it clearly shows my property line where I was putting up my border. All my civil rights are violated by Alonso Castaneda and the Village of Burnham and the police. They believe they can control my rights with wrong hearsay to suit ungodliness, bias and prejudices.
Before my mother was wrongfully put to death against God's will, she said speak up Jeanette, speak up. They have done a great evil in the site of God and humanity. He said," Do not touch my anointed ones, and do my prophets no harm," 1 Chronicles 16:22. We see in the world today devastation and destruction because the people have forgotten, "In God We Trust." Therefore bringing, Romans 1:18-19 For the wrath of God is revealed from heaven against all ungodliness and unrighteousness of men, who suppress the truth in righteousness, because what may be known of God is manifest in them, for God has shown it to them." Yes! It's a choice, choose wisely.

In God I Trust,
Jeanette Lipinski


April 28, 2020 at 3:11:45 PM · 7,695 of 14,148
SOUTH SIDE
LIVE
1.




2.

May 24, 20



3.

Burnham Illinois, United States
May 25, 2020 at 10:17:01 AM · 8,527 of 14,441



4




5.




6.




7.




8.




9.


May 25, 2020
8,554 of 14,445
10:55:07 AM
10.


Window Help
Burnham, Illinois, United States
May 25, 2020 at 11:21:30 AM · 8,528 of 14,442

11.




12.


May 26, 2020 at 6:34:24 PM
ALSONA's CAMERA


May 26, 2020 at 6:46:06 PM


MAY 26, 2020


MAY 26, 2020
16.