

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JEANETTE LIPINSKI, ) | |
| ) | |
| Plaintiff, ) | Case No. 22-cv-2596 |
| ) | |
| v. ) | Hon. Steven C. Seeger |
| ) | |
| ALONSO CASTANEDA, *et al*., ) | |
| ) | |
| Defendants. ) | |

## MOTION EXTENSION TIME TO AMEND COMPLAINT

    NOW COMES PRO SE PLAINTIFF JEANETTE LIPINSKI, AND HEREWITH FILES THE BELOW CAUSE OF ACTION FOR EXTENSION OF TIME TO AMEN COMPLAINT.

    1. PER HIBBLER COUNSEL ATTORNEY ON MAY 20, 2024 RECOMMENDED PLAINTIFF JEANETTE LIPINSKI WAIT TO AMEND THE COMPLAINT UNTIL PLAINTIFF'S NEW DISCOVERY QUESTIONS TO DEFENDANTS ARE FULLY ANSWERED AND RECEIVED.

    2. PLAINTIFF REQUESTS NEW DISCOVERY QUESTIONS BE PERMITTED TO BOTH OFFICERS BOLIN AND MCALLISTER.

3. PLAINTIFF INFORMS THE HONORABLE JUDGE STEVEN C. SEEGER THAT THE HIBBLER PRO SE ATTORNEY'S HELP DESK SERVICE SCHEDULE IS ONCE EVERY 30 DAYS FROM THE LAST SCHEDULED DATE. AND OTHER FREE COUNSEL IS VERY DIFFICULT TO GET DUE TO THOUSANDS OF MIGRANTS REQUESTING LEGAL COUNSEL-HELP.

4. NOTE: PLAINTIFF WRITE'S IN LARGE CAPS DUE TO A STROKE THAT HAS AFFECTED HER EYE SIGHT. AND READING SMALLER TYPE TAKES LONGER TO DECIPHER.

PLAINTIFF RESPECTFULLY REQUESTS THE HONORABLE STEVEN C. SEEGER KINDLY PERMIT HER REQUESTS AND ANY OTHER PROPER KNOWLEDGE NEEDED IN HER CASE BY THE COURT.

RESPECTFULLY, PRO SE PLAINTIFF,

JEANETTE LIPINSKI _____
14121 S. GREEN BAY AVE. BURNHAM, IL 60633-1617
SHOSHANA3@ME.COM
PH 773-240-7701

## SERVICE NOTICE

EMAILED FROM NORTHERN DISTRICT OF ILLINOIS - CM/ECF NEXTGEN 1.7.1.1 SENT TO DEFENSE ATTORNEY ON 5/31/2024.

RANDALL W. SLADE
FRANCO MORONEY BUENIK LLC
500 West Madison Street, Suite 3900
Chicago, Illinois 60661-2510
Direct: 312-466-7225
Main: 312-469-1000
Fax: 312-469-1011
randall.slade@francomoroney.com
www.francomoroney.com